UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.  6:22-cv-01239-WWB-EJK

ROBERTA LAUFENBERG,

    Plaintiff,

v.

NUANCE COMMUNICATIONS, INC.,

    Defendant.
_____/

**JOINT NOTICE OF MEDIATOR SELECTION
AND SCHEDULING OF MEDIATION**

Pursuant to Middle District of Florida Local Rule 4.03 and the Court's October 15, 2022 Order, ECF 15, Plaintiff Roberta Laufenberg and Defendant Nuance Communications, Inc. hereby notify the Court that the parties have selected Carlos J. Burruezo, Esq. as the mediator for this matter.  Mr. Burruezo's business address is 911 Outer Road, Orlando, Florida 32814 (carlos@burruezolaw.com). The mediation is scheduled for May 16, 2023 at 10:00 a.m. via Zoom.

**Dated**:  October 12, 2022.

| | |
|---|---|
| BLOODWORTH LAW, PLLC<br>801 N. Magnolia Ave.<br>Suite 216<br>Orlando, FL 32803<br>Tel: (407) 777-8541<br><br>By: */s/ J. Kemp Brinson*<br>    J. Kemp Brinson<br>    Florida Bar No. 752741<br>    E-Mail: kbrinson@lawyerfightsforyou.com | LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, FL 33131<br>Tel: (305) 400-7500<br><br>By: */s/   Ryan P. Forrest*<br>    Aaron Reed<br>    Florida Bar No. 557153<br>    E-Mail: areed@littler.com<br>    Ryan P. Forrest<br>    Florida Bar No. 111487<br>    E-Mail: rforrest@littler.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Ryan P. Forrest
Ryan P. Forrest

## SERVICE LIST

J. Kemp Brinson
Florida Bar No.: 752541
BLOODWORTH LAW, PLLC
801 N. Magnolia Avenue, Suite 216
Orlando, Florida 32803
Tel: (407) 777-8541
E-Mail: kbrinson@lawyerfightsforyou.com
E-Mail: rkovacevic@lawyerfightsforyou.com
**Counsel for Plaintiff**
**Served via CM/ECF**