# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERTA LAUFENBERG,**

    **Plaintiff,**

v.                                                 Case No. 6:22-cv-1239-WWB-EJK

**NUANCE COMMUNICATIONS, INC.,**

    **Defendant.**

| | | | |
|---|---|---|---|
| **UNITED STATES MAGISTRATE JUDGE:** | Embry J. Kidd | **COURTROOM:** | ZOOM |
| **DEPUTY CLERK:** | Julie Reyes | **COUNSEL FOR PLAINTIFF:** | J. Kemp Brinson |
| **AUDIO RECORDING:** | Zoom/Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | **COUNSEL FOR DEFENDANT:** | Aaron Jarett Reed |
| **DATE/TIME:**<br><br>**TOTAL TIME:** | August 10, 2023<br>1:03 P.M.-2:09 P.M.<br>54 minutes | | |

## CLERK'S MINUTES
### Motion Hearing (Doc. 39)

Case called, appearances made, procedural setting by the Court.
Hearing proceeds on the above referenced motion as stated on the record.
Order on motion to enter.
Court adjourned.